# Exhibit 2

**From:**      Dan Berger
**Sent:**      Sunday, April OS, 2015 5:33 PM
**To:**        Reuben Guttman
**Subject:**   Re: RE:

Thanks Reuben for sharing all this. I do appreciate where you are coming from. Why don't we speak first thing tomorrow before we do anything else in the case.

Dan Berger
dberger@gelaw,corn
646.722.8522

Sent from my iPad

> On Apr 5, 2015, at 3:04 PM, Reuben Guttman <RGuttman@gelaw.com> wrote:
>
> Ok -- I understand; I appreciate your input. It is not about you. You have raised good issues and have been helpful. The case has honestly been more difficult for me because of Jay's second guessing and I am still very much unsettled by the events of Wednesday. Nothing has been easy for Traci and I over 8 years.

> I have honestly been thinking about it all weekend. I am very much pondering how I can do anything with the firm even on a short term basis. Aside from Wednesday, I Just saw that Stuart publicly in Reuters threatened to sue Scott and Scott for malpractice. It was bad enough he told law 360 that Associates should watch "Animal House."

> Losing ▓▓▓▓, after making clear to Jay and Stuart that we were going to see a mass exodus and them doing nothing was par for the course. I hear more than I care to about Stuart's harassment of female associates and wonder as a so called Director what my obligations are. ▓▓▓▓ asked me whether -- when the firm implodes because of Stuart's behavior -- if it will hurt his resume.

> I am also honestly disappointed with the Directors at the firm. No one has stood up to these guys. That the Mass torts practice can basically run on misrepresentations is stunning to me or that the consumer practice jumps into cases just to shake down a dollar is disturbing. And the hostile work environment for women or the basic failure to even learn the names of the lawyers who work for you, is wrong. To have a conversation about cases and never once ask about the client's position is wrong.

> I told Jay on Wednesday that I understood people lose it sometimes. I have of course lost it but honestly not in that way and not in a work environment an not with someone who I have power over. As much as I want to forgive Jay, I am still shaken. It was not just the physical part; it was being called a lier; it was the cross examination. Justin and Cookie and I stayed up until 3 am with an expert to get a report done. Listening to Cookie's brilliance only reminded me of all the times Jay wanted to fire her even though he never met her.


>
> So am sure you and I will figure things out. 1 like you a lot and respect you. I even pressed Jay to consider you for vetting securities cases. He said he did not think you were good at picking out good cases; he would rather have Megan. I am tired of him pitting people against each other. So at the end of the day, I guess I see a comfort level in ▓▓▓▓ and Traci and so forth because I am just tired of the conflict.

```
> I apologize for these somewhat random thoughts but maybe you can get an
insight into my frame of reference.
```