UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRANT & EISENHOFER P.A.,<br><br>        *Plaintiff*,<br><br>    v.<br><br>REUBEN A. GUTTMAN *et al.*,<br><br>        *Defendants*. | Civil Action No. 17-1722 (TJK) |

## ORDER

Upon consideration of Defendants' Motion to Transfer, *see* ECF #11, and Plaintiff's consent thereto, *see* ECF #12, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the Clerk shall transfer this case to the U.S. District Court for the Central District of California.

    **SO ORDERED.**

                                                        /s/ Timothy J. Kelly
                                                        TIMOTHY J. KELLY
                                                        United States District Judge

Date: November 7, 2017